UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:  CASE NO. 08-50131-PCY5
  CHAPTER 13
GARY DAVID GONYEA
PATRICIA ANN GONYEA

　　　　　Debtor(s)　　　　　/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: EMPOWER FEDERAL CREDIT UNION which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 417469 in the amount of 541.69 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

<pre>
                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
                           OFFICE OF THE CHAPTER 13 TRUSTEE
                           POST OFFICE BOX 646
                           TALLAHASSEE, FL 32302
                           ldhecf@earthlink.net
                           (850) 681-2734 "Telephone"
                           (850) 681-3920 "Facsimile"
</pre>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

<pre>
GARY DAVID GONYEA              EMPOWER FEDERAL CREDIT UNION
PATRICIA ANN GONYEA            625 ERIE BLVD W.
3645 B HWY 231                 SYACUSE, NY 13204-2419
COTTONDALE,  FL  32431

AND

CHARLES M. WYNN, ATTY.
P.O. BOX 146
MARIANNA, FL 32447
</pre>

on the same date as reflected on the Court's docket as the electronic filing date for this document.

<pre>
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
7/28/2011  2:28 pm / CR_213       OFFICE OF CHAPTER 13 TRUSTEE
</pre>